UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEREK ATWATER, | ) | NO. 1:17-cr-0222-JMS-TAB-06 |
| a/k/a Shorty, | ) | |
| JAMES O. BEASLEY, | ) | -11 |
| a/k/a Jake, | ) | |
| RICHARD BERNARD GRUNDY, III, | ) | -12 |
| a/k/a White Boy, | ) | |
| GILBERTO VIZCARRA-MILLAN, | ) | -13 |
| a/k/a G, | ) | |
| EZELL NEVILLE, | ) | -15 |
| a/k/a Bo, | ) | |
| UNDRAE MOSEBY, | ) | -17 |
| a/k/a Soundrae Evans, | ) | |
| MARK T. WILLIAMS, | ) | -20 |
| a/k/a Savage, | ) | |
| | ) | |
| Defendants, | ) | |

**GOVERNMENT'S FIRST MOTION IN LIMINE**
**(SUBMISSION OF WIRETAP TRANSCRIPTS TO JURY)**

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Bradley A. Blackington, Senior Litigation Counsel, hereby files this First Motion in Limine (Submission of Wiretap Transcripts to Jury) and avers the following in support of the Motion:

1. The government intends to offer into evidence numerous telephone conversations stemming from court authorized wire and electronic surveillance. The government prepared transcripts of these telephone conversations that it

will offer into evidence along with the recordings. The government requests the Court to send the transcripts to the jury during the deliberation phase of the trial.

2. For the past four decades, the Seventh Circuit has consistently upheld the practice of allowing jurors to use transcripts of wiretap recordings during deliberations, even in cases involving the English language. *United States v. Neighbors,* 590 F.3d 485, 495 (7th Cir. 2009); *United States v. Breland,* 356 F.3d 787, 794 (7th Cir. 2004); *United States v. Magana,* 118 F.3d 1173, 1184 (7th Cir. 1997); *United States v. Crowder,* 36 F.3d 691, 697 (7th Cir. 1994); *United States v. Camargo,* 908 F.2d 179, 183 (7th Cir. 1990); *United States v. Doerr,* 886 F.2d 944, 966 (7th Cir. 1989); *United States v. Dorn,* 561 F.2d 1252, 1257 (7th Cir. 1977).

3. This Court has also followed the Seventh Circuit's practice of allowing jurors to use transcripts of wiretap recordings during deliberations. *See United States v. Henderson, et. al.,* 2:15-cr-00019-JMS-CMM, Dkt. 641, at 195-96; *United States v. Hammond, et. al.,* 2:10-cr-007-JMS-CMM.

4. The government requests the Court to rule on this Motion in Limine in advance of trial so that the trial jurors will know whether they can take their transcript books with them during deliberations, which will allow them to make notes in the transcript books, or whether they cannot take their transcript books with them, which will require them to make notes outside of

the transcript books.

                                      Respectfully submitted,

                                      JOSH J. MINKLER
                                      United States Attorney

By:   *s/ Bradley A. Blackington*
        Bradley A. Blackington
        Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on **June 13, 2019**, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/ Bradley A. Blackington*

Bradley A. Blackington
United States Attorney's Office
10 W. Market St., Suite 2100
Indianapolis, IN   46204
Phone:   (317) 226-6333
E-mail:
bradley.blackington@usdoj.gov